408 A.2d 526

Commonwealth v. Haynie, Appellant.

Submitted October 26, 1978. Paulette J. Balogh, Assistant Public Defender, for

610

appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.